# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HECTOR MIGUEL GONZALEZ,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-00618-RFB-CWH

**ORDER**

Petitioner has submitted a petition for a writ of habeas corpus as well as a motion for appointment of counsel. On May 11, 2015, this court denied petitioner's application to proceed *in forma pauperis* and directed that he pay the filing fee within thirty (30) days (ECF No. 3). On May 28, 2015, petitioner filed a copy of an inmate account transaction request (ECF No. 4). However, to date, the court has not received the $5.00 filing fee nor has petitioner further contacted the court.

**IT IS THEREFORE ORDERED** that petitioner shall have an additional **thirty (30) days** from the date this order is **ENTERED** to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action.

Dated this 30th day of September, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE