# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HECTOR MIGUEL GONZALEZ,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-00618-RFB-CWH

**ORDER**

    Petitioner has submitted a petition for a writ of habeas corpus as well as a motion for appointment of counsel. On May 11, 2015, this court denied petitioner's application to proceed *in forma pauperis* and directed that he pay the filing fee within thirty (30) days (ECF No. 3). On May 28, 2015, petitioner filed a copy of an inmate account transaction request (ECF No. 4). On September 30, 2015, this court issued an order stating that the court had not received the $5.00 filing fee (ECF No. 5).

    On October 19, 2015, petitioner filed a motion for extension of time to pay the filing fee (ECF No. 6). He notes that based on his inmate account transaction request he thought that the filing fee had been paid, and he seeks additional time to determine the status of his transaction request. Good cause appearing:

    **IT IS ORDERED** that petitioner's motion to extend time to pay the filing fee (ECF No. 6) is **GRANTED**. While petitioner should have the $5.00 filing fee sent to the Clerk as soon as possible,

he shall have an additional **sixty (60) days** from the date this order is **ENTERED** to do so.  Failure to do so may result in the dismissal of this action.

Dated this 4th day of November, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE