ADAM PAUL LAXALT
   Attorney General
Dennis C. Wilson (Bar. No. 4420)
   Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3086 (phone)
(702) 486-2377 (fax)
DWilson@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR GONZALEZ,<br><br>   Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.,<br><br>   Respondents. | Case No.: 2:15-cv-00618-RFB-CWH<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO REMAINING GROUNDS OF PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**<br>**(ECF NO. 10)**<br><br>(First Request to Extend Time to Answer) |

     THE RESPONDENTS ABOVE-NAMED, through legal counsel ADAM PAUL LAXALT, Attorney General of Nevada, by Dennis C. Wilson, Senior Deputy Attorney General, hereby request an extension of an additional sixty (60) days, up to and including, August 28, 2017, to file their Answer to the Remaining Grounds of Petitioner's Petition for Writ of Habeas Corpus. (ECF No. 10.)

     This motion is premised upon the accompanying affidavit of counsel.

     DATED this 29th day of June, 2017.

                               ADAM PAUL LAXALT
                               Attorney General

                           By: /s/ Dennis C. Wilson
                               Dennis C. Wilson (Bar. No. 4420)
                               Senior Deputy Attorney General

# DECLARATION OF DENNIS C. WILSON

STATE OF NEVADA )
                      ) ss:
COUNTY OF CLARK )

I, DENNIS C. WILSON, being first duly sworn under oath, depose and state as follows:

1. I am employed as a Senior Deputy Attorney General in the Office of the Nevada Attorney General, licensed to practice law in the State of Nevada, and admitted to practice before this Court;

2. Pursuant to my duties as a Senior Deputy Attorney General, I have been assigned to represent Respondents in the instant matter of *Hector Gonzalez v. Brian Williams, et al*, 2:15-cv-00618-RFB-CWH and, as such, have personal knowledge of the matters contained herein;

3. This Motion for Enlargement of Time is made in good faith and not for the purpose of delay;

4. On June 27, 2017, petitioner's counsel informed me that he has no objection to the requested 60-day extension of time;

5. The Answer to the remaining claims herein is due to be filed on June 29, 2017;

6. Due to my caseload demands, I have been unable with due diligence to timely file the answer herein. Since the Court issued its May 30, 2017 order, I prepared for and appeared at the Ninth Circuit Court of Appeals for Oral Argument in the case of *Taniko Smith v. Brian Williams* (15-16967) which was held on June 8, 2017, in Pasadena, California.

7. I have also prepared responses in the following federal cases: *Carley v. Gentry*, Case No.: 2:14-cv-02097-JCM-PAL; *Perkins v. LeGrand*, Case No. 2:14-cv-00434-JAD-PAL; *Leavitt v. Neven*, Case No. 2:12-cv-00625-MMD-JWK; *Leavitt v. Baca*, Case No. 2:12-cv-00987-JCM-CWH; and *Duda v. Neven*, Case No.: 2:16-cv-01176-JCM-CWH;

8. In July and August of 2017, I have responses due in the following federal cases: *Chavez v. LeGrand*, Case No. 3:14-cv-00373-RCJ-VPC; *Carley v. Nevens*, Case No. 2:16-cv-02227-JAD-PAL; *Heusner v. Neven*, Case No. 2:14-cv-01119-APG-GWF; *Harris v. Williams*, Case No. 2:16-cv-01305-JAD-CWH; *Denson v. Gentry*, Case No. 2:15-cv-01473-APG-PAL; *Ragland v. Williams*, Case No.

2:15-cv-02104-APG-GWF; *Nika v. Filson*, Case No. 3:09-cv-00178-JCM-WGC; *and Green v. Baker*, Case No. 3:11-cv-00230-MMD-VPC.

Based on the foregoing, I request sixty (60) days up to and including August 22, 2017, to file the Answer herein.

DATED this 29th day of June, 2017.

/s/ Dennis C. Wilson
Dennis C. Wilson (Bar. No. 4420)
Senior Deputy Attorney General

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of July, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Unopposed Motion for Enlargement of Time to File Answer to Remaining Grounds of Petitioner's Petition for Writ of Habeas Corpus* with the Clerk of the Court by using the CM/ECF system on the 29th day of June, 2017.

The following participants in this case are registered CM/ECF users and will be served by the CM/ECF system:

Jeremy Baron
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101

/s/ R. Holm<br>An employee of the Office of the Attorney General