UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HECTOR MIGUEL GONZALEZ,<br><br>    Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:15-cv-00618-RFB-CWH<br><br>ORDER |

This is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Before the court are two motions by petitioner: a motion for extension of time to file a reply in support of the answer (ECF No. 28) and a motion to file petitioner's presentence investigation report under seal (ECF No. 34). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file a reply in support of the answer (ECF No. 28) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file exhibit under seal (ECF No. 34) is **GRANTED**.

DATED: 2 April 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1